IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FAIRLEY GUILLORY, Individually and On Behalf of All Others Similarly Situated, §§§§<br><br>Plaintiffs, §§<br><br>v. §§<br><br>PF&B MANAGEMENT, LP d/b/a REEF RESTAURANT; PF&B MANAGEMENT GP, LLC; WILLIAM H. FLOYD, Individually and d/b/a REEF RESTAURANT; and BRIAN C. CASWELL, Individually and d/b/a REEF RESTAURANT, §§§§§§§§§§<br><br>Defendants. § | CIVIL ACTION NO. H-11-4377 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation entered on February 27, 2013, and the objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 20th day of March, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE